**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2407**

———————————

BETTY B. WELCH,

                              Plaintiff - Appellant,

        versus

WAL-MART STORES, INCORPORATED,

                              Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-00-776-3-19)

———————————

Submitted:  February 28, 2001          Decided:  March 29, 2001

———————————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Dwight C. Moore, MOORE LAW FIRM, L.L.C., Sumter, South Carolina,
for Appellant.  J. R. Murphy, MURPHY & GRANTLAND, P.A., Columbia,
South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In this personal injury action, Betty B. Welch appeals the district court's order granting summary judgment in favor of Wal-Mart Stores, Inc. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Welch v. Wal-Mart Stores, Inc., No. CA-00-776-3-19 (D.S.C. Sept. 29, 2000). We grant Appellant's motion to submit the case on briefs without oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument will not aid the decisional process.

AFFIRMED